■ In the Matter of JOSEPH GOLDBERG, an Attorney.— Motion granted and respondent reinstated as an attorney and counselor at law of the State of New York. Concur — Kupferman, J. P., Murphy, Tilzer, Capozzoli and Nunez, JJ.

■ In the Matter of HERBERT H. WEITZ, an Attorney.— Motion for readmission and reinstatement denied. Concur — Nunez, J. P., Kupferman, Murphy, Lupiano and Tilzer, JJ.